1  MATTHEW J. SHIER (SBN 72638)
   JOHN L. FITZGERALD (SBN 126613)
2  PINNACLE LAW GROUP LLP
   425 California Street, Suite 1800
3  San Francisco, CA 94111
   Telephone: (415) 394-5700
4  Facsimile: (415) 394-5003

5  Attorneys for Defendant,
   LORIMAC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEARWATER CREDIT UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LORIMAC, INC., a Delaware Corporation<br><br>Defendant. | **Case No. C 07 0244 JSW**<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY THE PARTIES, BY AND THROUGH THEIR COUNSEL** that the date upon which defendants may respond to the complaint be extended to February 13, 2007.

///

///

///

///

///

///

///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1964.001/41777

1

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT [CLEARWATER]

1  **IT IS SO STIPULATED:**

2  DATED: February 5, 2007                    PINNACLE LAW GROUP LLP

3                                              By: /s/ John L. Fitzgerald
                                                  John L. Fitzgerald
4                                                 Attorneys for Defendant, LORIMAC, INC.

5  DATED: February 5, 2007                    JEFFER MANGELS, BUTLER & MARMARO LLP

6

7                                              By: /s/ J.T. Wells Blaxter
                                                  J.T. Wells Blaxter
8                                                 Attorneys for Plaintiffs, CLEARWATER
                                                  CREDIT UNION

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 6, 2007

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1964.001/41777                    2              STIPULATION REGARDING EXTENSION OF TIME
                                                 TO RESPOND TO COMPLAINT [CLEARWATER]